Joseph L. Westfall
2110 Williams Ave
Clarksburg, W.V. 26301

FILED
AUG 19 2020
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Clerk, U.S. District Court
PO Box 2857
Clarksburg, WV 26302

