IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOSEPH L. WESTFALL,
      Plaintiff

FILED

AUG 2 6 2020

v.              // CIVIL ACTION NO. 1:20CV207

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

DONALD J. TRUMP,
President, Individually and
Official Capacities, and
STEVEN T. MNUCHIN,
Secretary, U.S. Treasury, Individually
and Official Capacity
      Defendants

Certificate of Service

I, Joseph L. Westfall, appearing pro se, hereby certify that a duplicate copy of the complaint dated 8/15/2020 (4 pages) sent to this court, was mailed in the same manner to DONALD J. TRUMP, President 1600 Pennsylvania Avenue NW, Washington, DC 20500 and STEVEN T. MNUCHIN, Secretary, U.S. Treasury 1500 Pennsylvania Avenue, NW; Washington, D.C.

Further a duplicate copy of this document will also be mailed to defendants in the same manner as to this court

Lastly re: in forma pauperis included is w2 and pay stubs verifying income is less than 200% of poverty level. Filing fee is one weeks take home pay. The wording: "I cannot prepay" would cause me to commit perjury.

The local branch of my bank has had no tellers since the buisness shut down for the covid matter. Therefore enclosed is a personal check for the filing fee. This check is acepted monthly for PSC utilitiy entities, yearly by the Sheriff and Treasurer of Harrison County for Property Tax

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 8/23/2020.

Joseph L Westfall   8-23-2020

per

28usc 1746(2) 18usc 1621 18usc1001

V6
720



**Form W-2** Wage and Tax Statement **2019**

Copy C - For EMPLOYEE'S RECORDS.

a Employee's SSN

b Employer identification number

OMB No. 1545-0008

1 Wages, tips, other compensation  20731.75
2 Federal income tax withheld  1,878.03

3 Social security wages  20731.75
4 Social security tax withheld  1,285.38

c Employer's name, address, and ZIP code
DAYCON, INC.
P.O. BOX 85

5 Medicare wages and tips  20731.75
6 Medicare tax withheld  300.62

PHILIPPI          WV    26416

e Employee's first name and initial    Last name    Suff.
JOSEPH              L    WESTFALL
2110 WILLIAMS AVE

CLARKSBURG        WV    26301

15 State  WV    16 State wages, tips, etc.  20731.75    17 State income tax  736.09

---

### Pay Stub 1

**JOSEPH L. WESTFALL**                          Employee IC WESTFALL          **26219**

|              | This Check | Year to Date |          | Hours | Rate  | Total  |
|--------------|-----------:|-------------:|----------|------:|------:|-------:|
| Gross        | 560.00     | 14,606.50    |          | 40.00 | 14.00 | 560.00 |
| Fed Income   | -54.63     | -1,354.82    | Regular  |       |       |        |
| Soc Sec      | -34.72     | -905.62      |          |       |       |        |
| Medicare     | -8.12      | -211.81      |          |       |       |        |
| State        | -21.00     | -528.00      |          |       |       |        |

Net Check:        $441.53                          Total          40.00                560.00

Pay Period Beginning Aug 9, 2020                          Check Date 8/20/20
Pay Period Ending Aug 15, 2020                          Weeks in Pay Period 1

---

### Pay Stub 2

**JOSEPH L. WESTFALL**                          Employee IC WESTFALL          **26192**

|              | This Check | Year to Date |          | Hours | Rate  | Total  |
|--------------|-----------:|-------------:|----------|------:|------:|-------:|
| Gross        | 520.00     | 14,046.50    |          | 40.00 | 13.00 | 520.00 |
| Fed Income   | -49.83     | -1,300.19    | Regular  |       |       |        |
| Soc Sec      | -32.24     | -870.90      |          |       |       |        |
| Medicare     | -7.54      | -203.69      |          |       |       |        |
| State        | -19.00     | -507.00      |          |       |       |        |

Net Check:        $411.39

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOSEPH L. WESTFALL,
         Plaintiff

v.                      // CIVIL ACTION NO. 1:20CV207

DONALD J. TRUMP,
President, Individually and
Official Capacities, and
STEVEN T. MNUCHIN,
Secretary, U.S. Treasury, Individually
and Official Capacity
         Defendants

Certificate of Service

I, Joseph L. Westfall, appearing pro se, hereby certify that a duplicate copy of the complaint dated 8/15/2020 (4 pages) sent to this court, was mailed in the same manner to DONALD J. TRUMP, President 1600 Pennsylvania Avenue NW, Washington, DC 20500 and STEVEN T. MNUCHIN, Secretary, U.S. Treasury 1500 Pennsylvania Avenue, NW; Washington, D.C.

Further a duplicate copy of this document will also be mailed to defendants in the same manner as to this court

Lastly re: in forma pauperis included is w2 and pay stubs verifying income is less than 200% of poverty level. Filing fee is one weeks take home pay. The wording: "I cannot prepay" would cause me to commit perjury.

The local branch of my bank has had no tellers since the buisness shut down for the covid matter. Therefore enclosed is a personal check for the filing fee. This check is acepted monthly for PSC utilitiy entities, yearly by the Sheriff and Treasurer of Harrison County for Property Tax

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 8/23/2020.

*[signature] Joseph L Westfall   8-23-2020*

per

28usc 1746(2) 18usc 1621 18usc1001

3/4
4(44)

## Form W-2

Wage and Tax Statement 2019

Copy C - For EMPLOYEE'S RECORDS.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| a Employee's SSN | 1 Wages, tips, other compensation 20731.75 | 2 Federal income tax withheld 1878.03 |
|---|---|---|
| b Employer identification number OMB No. 1545-0008 | 3 Social security wages 20731.75 | 4 Social security tax withheld 1285.38 |
| c Employer's name, address, and ZIP code DAYCON, INC. P.O. BOX 85 | 5 Medicare wages and tips 20731.75 | 6 Medicare tax withheld 300.62 |
| | 7 Social security tips | 8 Allocated tips |
| d Control number | 9 | 10 Dependent care benefits |
| e Employee's first name and initial Last name | 11 Nonqualified plans | 12a |
| JOSEPH    WESTFALL 2110 WILLIAMS AVE CLARKSBURG    WV  26301 | 13 Statutory employee [ ] Retirement plan [ ] Third-party sick pay [ ] | 14 Other |
| | | 12b |
| | | 12c |
| | | 12d |
| 15 State Employer's state ID number WV | 16 State wages, tips, etc. 20731.75 | 17 State income tax 736.09 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

PHILIPPI

WV  26416  Stuff.

---

JOSEPH L. WESTFALL

26219

Employee ID: WESTFALL

| | This Check | Year to Date | | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 560.00 | 14,606.50 | | 40.00 | 14.00 | 560.00 |
| Fed  Income | -54.63 | -1,354.82 | Regular | | | |
| Soc  Sec | -34.72 | -905.62 | | | | |
| Medicare | -8.12 | -211.81 | | | | |
| State | -21.00 | -528.00 | | | | |

| Net Check: | $441.53 | | Total | 40.00 | | 560.00 |

Pay Period Beginning Aug 9, 2020
Pay Period Ending Aug 15, 2020

Check Date 8/20/20
Weeks in Pay Period 1

---

JOSEPH L. WESTFALL

26192

Employee ID: WESTFALL

| | This Check | Year to Date | | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 520.00 | 14,046.50 | | 40.00 | 13.00 | 520.00 |
| Fed  Income | -49.83 | -1,300.19 | Regular | | | |
| Soc  Sec | -32.24 | -870.90 | | | | |
| Medicare | -7.54 | -203.69 | | | | |
| State | -19.00 | -507.00 | | | | |

Net Check:    $411.39

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOSEPH L. WESTFALL,
          Plaintiff

v.                              // CIVIL ACTION NO. 1:20CV207

DONALD J. TRUMP,
President, Individually and
Official Capacities, and
STEVEN T. MNUCHIN,
Secretary, U.S. Treasury, Individually
and Official Capacity
          Defendants

Certificate of Service

I, Joseph L. Westfall, appearing pro se, hereby certify that a duplicate copy of the complaint dated 8/15/2020 (4 pages) sent to this court, was mailed in the same manner to DONALD J. TRUMP, President 1600 Pennsylvania Avenue NW, Washington, DC 20500 and STEVEN T. MNUCHIN, Secretary, U.S. Treasury 1500 Pennsylvania Avenue, NW; Washington, D.C.

Further a duplicate copy of this document will also be mailed to defendants in the same manner as to this court

Lastly re: in forma pauperis included is w2 and pay stubs verifying income is less than 200% of poverty level. Filing fee is one weeks take home pay. The wording: "I cannot prepay" would cause me to commit perjury.

The local branch of my bank has had no tellers since the buisness shut down for the covid matter. Therefore enclosed is a personal check for the filing fee. This check is acepted monthly for PSC utilitiy entities, yearly by the Sheriff and Treasurer of Harrison County for Property Tax

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 8/23/2020.

*[signature]* Joseph L. Westfall    8-23-2020

per

28usc 1746(2) 18usc 1621 18usc1001

5/6
JLW

## W-2 Wage and Tax Statement 2019

Copy C - For EMPLOYEE'S RECORDS.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| Box | Description | Amount |
|---|---|---|
| a | Employee's SSN | |
| b | Employer identification number | |
| c | Employer's name, address, and ZIP code | DAYCON, INC.  P.O. BOX 85  PHILIPPI  WV 26416 |
| d | Control number | |
| e | Employee's first name and initial | JOSEPH  J. WESTFALL  2110 WILLIAMS AVE  CLARKSBURG WV 26301 |
| 1 | Wages, tips, other compensation | 20731.75 |
| 2 | Federal income tax withheld | 1878.03 |
| 3 | Social security wages | 20731.75 |
| 4 | Social security tax withheld | 1285.38 |
| 5 | Medicare wages and tips | 20731.75 |
| 6 | Medicare tax withheld | 300.62 |
| 15 | State | WV |
| 16 | State wages, tips, etc. | 20731.75 |
| 17 | State income tax | 736.09 |

---

JOSEPH L. WESTFALL

Employee ID WESTFALL                                    26219

|  | This Check | Year to Date |
|---|---|---|
| Gross | 560.00 | 14,606.50 |
| Fed Income | -54.63 | -1,354.82 |
| Soc Sec | -34.72 | -905.62 |
| Medicare | -8.12 | -211.81 |
| State | -21.00 | -528.00 |

| | Hours | Rate | Total |
|---|---|---|---|
| Regular | 40.00 | 14.00 | 560.00 |

Net Check:        $441.53         Total        40.00        560.00

Pay Period Beginning Aug 9, 2020                    Check Date 8/20/20
Pay Period Ending Aug 15, 2020                      Weeks in Pay Period 1

---

JOSEPH L. WESTFALL

Employee ID WESTFALL                                    26192

|  | This Check | Year to Date |
|---|---|---|
| Gross | 520.00 | 14,046.50 |
| Fed Income | -49.83 | -1,300.19 |
| Soc Sec | -32.24 | -870.90 |
| Medicare | -7.54 | -203.69 |
| State | -19.00 | -507.00 |

| | Hours | Rate | Total |
|---|---|---|---|
| Regular | 40.00 | 13.00 | 520.00 |

Net Check: