IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA




FILED

SEP 3 0 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

JOSEPH L. WESTFALL,
Plaintiff

v.                                               // CIVIL ACTION NO. 1:20CV207

DONALD J. TRUMP,
President, Individually and
Official Capacities, and
STEVEN T. MNUCHIN,
Secretary, U.S. Treasury, Individually
and Official Capacity
Defendants

## ADENDUM TO
## RESPONSE TO
## ORDER TO SHOW CAUSE
### and
## MOTION FOR SUMMERY JUDGEMENT

DATED 9-15-2020

Enclosed is a copy of a letter received 9-25-2020 from the I.R.S. From Odegen, Utah dated 9-24-2020.

 It furthers support of gross incompetence or willful neglect plaintiff alleged in original complaint.

It proves the government KNOWS who and where I am, but instead of sending the $1200.00 in form of a check, steps are indicated for me to take to "CLAIM" THE PAYMENT.

Theses "steps" are not expressed in the Law

in

No. 19-5331
COMMITTEE ON THE JUDICIARY OF THE UNITED STATES HOUSE OF REPRESENTATIVES,
APPELLEE
v.
DONALD F. MCGAHN, II,
APPELLANT

GRIFFITH, *Circuit Judge*: In *Committee on the Judiciary v. McGahn*, 2020 WL 4556761 (Aug. 7, 2020)

1/3
JLW

wrote,
"The expression of one thing implies the exclusion of the other,"
this is from the rule of law in the latin "Expressio unius exclusio alterius"
The Law expresses eligibile individual and a command to the Secretary to pay. It implies the exclusion of the "steps" the aforementioned letter states I must take to "claim" payment.

Also in violation of

(3) Timing and manner of payments
(A) Timing

The Secretary shall, subject to the provisions of this title, refund or credit any overpayment attributable to this section as rapidly as possible. No refund or credit shall be made or allowed under this subsection after December 31, 2020.
I
the letter states
"you may instead be able to claim a recovery rebate credit when you file your 2020 federal income tax return in 2021."

II (CARES Act) authorized the I.R.S. To issue Economic Impact Payments (EIPs)

these statements maybe an 18 usc 1001 false statements violations

The Secretary is authorized to make payment not the I.R,S., and any filling in 2021 is past the December 31, 2020 time limit expressed in the Law

*Joseph L. Westfall* 9-27-2020
Joseph L. Westfall 9-27-2020

C.C. Both Defendants

2/3
JLW