Department of the Treasury
**Internal Revenue Service**
Ogden, UT 84404-5402

**Notice Date:** September 24, 2020
**Notice Number:** 1444-A (EN-SP)
**Website:** IRS.gov/eip

For assistance, call:
800-919-9835

F7711-3954750 P151 T09476 ********SCH 5-DIGIT 26302
JOSEPH L WESTFALL
2110 WILLIAMS AVE
CLARKSBURG, WV 26301-1850

## Reminder
The Coronavirus Aid, Relief, and Economic Security Act (CARES Act) authorized the IRS to issue Economic Impact Payments (EIPs) of up to $1,200 to most U.S. citizens and residents.

## You may need to act to claim your payment.

### Am I eligible for an EIP under the CARES Act?
You're likely eligible for an EIP if you:
1. are a U.S. citizen or resident alien,
2. have a work-eligible Social Security number, and
3. can't be claimed as a dependent on someone else's tax return.

### How large is the EIP?
The CARES Act authorized payments of up to $1,200 to eligible individuals plus $500 per qualifying child, and up to $2,400 to married couples who file a joint return plus $500 per qualifying child.

### What should I do to claim my EIP?

- If you were **not** required to file a 2019 federal income tax return, the best and fastest way to claim your EIP is to visit **IRS.gov/eip by October 15**, and click "Non-Filers: Enter Payment Info Here." If you provide bank account information, we'll deposit a payment directly into your account. If you don't provide bank account information, we'll mail you a check.

- If you were required to file a 2019 federal income tax return, the best and fastest way to claim your EIP is to electronically file your 2019 tax return immediately. If you already filed a 2019 tax return, you can check the status of your EIP by visiting **IRS.gov/eip** and clicking "Get My Payment."

- **After October 15**, the only way to claim your EIP will be to **file a federal income tax return**. If you do not file a 2019 tax return in 2020, you may instead be able to claim a recovery rebate credit when you file your 2020 federal income tax return in 2021.

**For more information**, including about eligibility, visit **IRS.gov/eip** and click "Economic Impact Payments Information Center," or call the IRS hotline at 800-919-9835.

Ree
9-25-2020

3954750



3/3 T(2w)

Department of the Treasury
**Internal Revenue Service**
Ogden, UT 84404-5402

**Fecha del Aviso:** 24 de septiembre de 2020
**Número del Aviso:** 1444-A (EN-SP)
**Website: IRS.gov/es/eip**

Para obtener ayuda llame al:
800-919-9835

JOSEPH L WESTFALL
2110 WILLIAMS AVE
CLARKSBURG, WV 26301-1850

**Recordatorio**

La Ley de Asistencia, Alivio y Seguridad Económica por el Coronavirus (Ley *CARES*) autorizó al *IRS* a emitir los Pagos de alivio por el impacto económico (*EIP*, por sus siglas en inglés) de hasta $1,200 para la mayoría de los ciudadanos y residentes de los Estados Unidos.

## Es posible que usted tenga que actuar para reclamar su pago.

### ¿Soy elegible para un *EIP* conforme a la Ley *CARES*?

Es probable que usted sea elegible para un *EIP* si:
1. es un ciudadano estadounidense o extranjero residente,
2. tiene un número de Seguro Social elegible para trabajar y
3. no puede ser reclamado como un dependiente en la declaración de impuestos de otra persona.

### ¿Qué tan grande es la cantidad del *EIP*?

La Ley *CARES* autorizó los pagos de hasta $1,200 para individuos que reúnen los requisitos más $500 por hijo calificado, y hasta $2,400 para parejas casadas que presentan una declaración conjunta más $500 por hijo calificado.

### ¿Qué debo hacer para reclamar mi *EIP*?

- Si usted **no** estaba obligado a presentar una declaración de impuestos federales de 2019, la manera más rápida y mejor para reclamar su *EIP* es visitar **IRS.gov/es/eip para el 15 de octubre** y pulsar en el enlace "*Non-Filers: Enter Payment Info Here*" ("A los que no declaran: Ingrese la información de pago aquí"). Si usted proporciona la información de la cuenta bancaria, depositaremos un pago directamente en su cuenta. Si no proporciona la información de la cuenta bancaria, le enviaremos un cheque por correo.

- Si usted estaba obligado a presentar una declaración de impuestos federales de 2019, la manera más rápida y mejor para reclamar su *EIP* es presentar inmediatamente de manera electrónica su declaración de impuestos de 2019. Si ya presentó una declaración de impuestos de 2019, puede verificar el estado de su *EIP* al visitar **IRS.gov/es/eip** y pulsar en el enlace "Obtener mi pago".

- **Después del 15 de octubre**, la única manera de reclamar su *EIP* será **presentar una declaración de impuestos federales**. Si no presenta en 2020 una declaración de impuestos de 2019, en su lugar puede reclamar un crédito reembolsable de recuperación en 2021 cuando presente su declaración de impuestos federales de 2020.

**Para obtener más información**, incluso sobre la elegibilidad, visite **IRS.gov/es/eip** y pulse en el enlace "Centro de Información de pagos de impacto económico," o llame a la línea directa del *IRS* al 800-919-9835.