



1:20cv207 Doc #20 and 21
Joseph L. Westfall
2110 Williams Avenue
Clarksburg, WV 26301



