## APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** _12/15/20_ <br><br> ✓ First NOA in Case <br><br> ___ Subsequent NOA-same party <br><br> ___ Subsequent NOA-new party <br><br> ___ Subsequent NOA-cross appeal <br><br> ___ Paper ROA    ___ Paper Supp. <br><br> Vols: _____ <br><br> Other: _____ | **District:** <br><br> NDWV <br><br> **Division:** <br><br> Clarksburg <br><br> **Caption:** <br> Joseph L. Westfall <br> v <br> Donald J. Trump, et al | **District Case No.:** <br><br> 1:20-cv-00207 <br><br> **4CCA No(s). for any prior NOA:** <br><br><br> **4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| | |
|---|---|
| **Confinement-Criminal Case:** <br> ___ Death row-use DP Transmittal <br> ___ Recalcitrant witness <br> ___ In custody <br> ___ On bond <br> ___ On probation <br> **Defendant Address-Criminal Case:** | **Fee Status:** <br><br> ___ No fee required (USA appeal)    ___ Appeal fees paid in full    ✓ Fee not paid <br><br> **Criminal Cases:** <br><br> ___ District court granted & did not revoke CJA status (continues on appeal) <br><br> ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) <br><br> ___ District court never granted CJA status (must pay fee or apply to 4CCA) <br><br> **Civil, Habeas & 2255 Cases:** <br><br> ___ Court granted & did not revoke IFP status (continues on appeal) <br><br> ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br><br> ✓ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** <br><br> Irene Keeley | **PLRA Cases:** <br><br> ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br><br> ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): <br><br> Jill Cutter <br><br><br><br><br> **Coordinator:** Kim Criswell | **Sealed Status** (check all that apply): <br><br> ____ Portions of record under seal <br><br> ____ Entire record under seal <br><br> ____ Party names under seal <br><br> ____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ✓ Assembled electronic record transmitted <br><br> ___ Additional sealed record emailed to 4cca-filing <br><br> ___ Paper record or supplement shipped to 4CCA <br><br> ___ No in-court hearings held <br><br> ___ In-court hearings held – all transcript on file <br><br> ___ In-court hearings held – all transcript not on file <br><br> ___ Other: | ___ Assembled electronic record available if requested <br><br> ___ Additional sealed record available if requested <br><br> ___ Paper record or supplement available if requested <br><br> ___ No in-court hearings held <br><br> ___ In-court hearings held – all transcript on file <br><br> ___ In-court hearings held – all transcript not on file <br><br> ___ Other: |

Deputy Clerk: _N. Zombek_    Phone: 304-267-8225    Date: _12/15/20_

01/2012