FILED: January 27, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1060
(1:20-cv-00207-IMK-MJA)

_____

JOSEPH L. WESTFALL

      Plaintiff - Appellant

v.

DONALD J. TRUMP, President, Individually and in Official Capacity; STEVEN MNUCHIN, Secretary U.S. Treasury, Individually and Official Capacity

      Defendants - Appellees

_____

O R D E R

_____

Upon consideration of appellant's addendum to his informal brief in which he states that he did not intend to file a second appeal in this matter, the court administratively closes appeal No. 21-1060. Appellant's appeal in No. 20-2340 remains under review by the court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk