**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

| Patricia S. Connor | Telephone |
| Clerk | 804-916-2700 |

April 7, 2021

_____

MISROUTED FEE TRANSMITTED
TO DISTRICT COURT

_____

No. 20-2340,    Joseph Westfall v. Donald Trump
                1:20-cv-00207-IMK-MJA

TO:    Cheryl Dean Riley
       UNITED STATES DISTRICT COURT
       Northern District of West Virginia
       500 West Pike Street
       2nd Floor
       Clarksburg, WV 26302-0000


The Court of Appeals has received the filing and docketing fee for this appeal in the amount of $505.00.

The filing and docketing fee for an appeal is sent to the district court, rather than to the court of appeals. Accordingly, the payment is being forwarded to the district court at the above address.

Beverley A Washington, Deputy Clerk
 cc:   Joseph L. Westfall