# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **Cheryl Dean Riley**<br>Clerk of Court | **OFFICE OF THE CLERK OF COURT**<br>**POST OFFICE BOX 471**<br>**WHEELING, WEST VIRGINIA 26003**<br>**(304) 232-0011**<br>**Facsimile (304) 233-2185** | **Michelle Widmer-Eby**<br>Chief Deputy Clerk |

April 12, 2021

Joseph L. Westfall
2110 Williams Ave.
Clarksburg, WV 26301

Re: Case 1: 20 cv 207

Dear Mr. Westfall:

Enclosed please find your personal check in the amount of $ 505.00, which you made payable to the US Court of Appeals. Although you have appealed your case to the Fourth Circuit Court of Appeals, the payment must be processed through our Court. As this office is not allowed to accept personal checks, please send a **Money Order or Cashier's Check** made payable to **CLERK, U.S. DISTRICT COURT** to the following address:

**CLERK, U.S. DISTRICT COURT**
**POST OFFICE BOX 2857**
**CLARKSBURG, WV 26302**

If you have any questions, please feel free to contact our office.

Sincerely,
Cheryl Dean Riley, Clerk

Enclosure

By: /s/ J. Musgrave
Deputy Clerk

P.O. Box 2857
Clarksburg, WV 26302
(304) 622-8513

P.O. Box 1518
Elkins, WV 26241
(304) 636-1445

217 W. King Street
Martinsburg, WV 25401
(304) 267-8225