FILED:  May 27, 2021

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

**No. 20-2340**
**(1:20-cv-00207-IMK-MJA)**

———————————

JOSEPH L. WESTFALL,

           Plaintiff - Appellant,

      v.

DONALD J. TRUMP, in his individual capacity; JOSEPH R. BIDEN, JR., President, in his official capacity; STEVEN T. MNUCHIN, in his individual capacity; JANET L. YELLEN, Secretary U.S. Treasury, in her official capacity,

           Defendants - Appellees.

———————————

## O R D E R

———————————

Upon consideration of Appellant's motion for an emergency injunction and motion for injunctive relief, the court denies the motions.

Entered at the direction of the panel:  Chief Judge Gregory, Judge Niemeyer, and Judge Agee.

For the Court

/s/ Patricia S. Connor, Clerk