FILED: July 23, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2340
(1:20-cv-00207-IMK-MJA)

_____

JOSEPH L. WESTFALL

    Plaintiff - Appellant

v.

DONALD J. TRUMP, in his individual capacity; JOSEPH R. BIDEN, JR., President, in his official capacity; STEVEN T. MNUCHIN, in his individual capacity; JANET L. YELLEN, Secretary U.S. Treasury, in her official capacity

    Defendants - Appellees

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk