IN THE
# 𝔖upreme Court of the United States



FILED
AUG 01 2022
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

File Number
No. 20-2340

Joseph L Westfall
v.
DONALD J. TRUMP,
President, **Individually and Official Capacity**,
STEVEN T. MNUCHIN, Secretary, U.S. Treasury, **Individually and Official Capacity**
Joseph Biden President **Official Only**
Janet Yellen Secretary, U.S. Treasury **Official Only**
Enbanc Fourth Circuit, Clerks, # 20-2340 NDWV Judge Keeley, M.J. Aloi, Clerks # CA 1:20CV207
Defendants

## *PRO SE* COMPLAINT & Appeal & Addendum
## July 27, 2022

Hello Justice Jackson, Welcome to my world. I asked C.J. Roberts for help with the NDWV Clarksburg in September 2020. He chose like *Pontius Pilate* to wash his hands.
Then,

> February 7, 2022
> Dear Mr. Westfall
> In reply to your letter or submission, received December 8,2021, I regret to inform
> you that the Court is unable to assist you in the matter you present.
>
> Under Article III of the Constitution, the jurisdiction of this Court extends only to the
> consideration of cases or controversies properly brought before it from lower courts in
> accordance with federal law and filed pursuant to the Rules of this Court.
>
> Your papers are herewith returned.
>
> Sincerely,
> Scott S. Harris. Clerk,
> By:
> Lisa Nesbitt

I don't care, the Constitution does not care, and this Court's pro se cases does not care.
A pro se complaint can only be dismissed for failure to state a claim.

### Estelle v. Gamble, 429 U.S. 97 (1976)

As the Court unanimously held in *Haines v. Kerner*, 404 U. S. 519 (1972),
**a *pro se* complaint, "however inartfully pleaded,"**
**must be held to "less stringent standards**
than formal pleadings drafted by lawyers
**" and can only be dismissed for failure to state a claim** if it appears
*"beyond doubt that the plaintiff can prove no set of facts*
*in support of his claim which would entitle him to relief.'"*
*Id.* at 404 U. S. 520-521, quoting *Conley v. Gibson*, 355 U. S. 41, 355 U. S. 45-46 (1957).

This should be the 64th document,
at least by https://www.courtlistener.com/docket/17459545/westfall-v-trump/

1/2

Pro Se does not know if it is the 4th or the NDWV, that has been recording documents sent to this Court that the website updates with. But can only guess this Court has not CC'd any of the lower courts nor any of the Defendants.
Defendants who to date Pro Se has not received ANY ANSWER FROM.

Done under
1] Pro Se's preeminent 9th RIGHT OF CHOICE to silently suffer an injury or announce it.
2] Pro Se's 1st's Speech
3] Redress of Grievance
and
4]this Court's Pro Se Precedents

Exhibit A&B to Justice Jackson as new to this matter

Roberts Alito Thomas Sotomayor Kavanaugh Kagan Gorsuch Barrett Jackson (copy each)
Donald J. Trump Former President 1100 S Ocean Blvd, Palm Beach, FL 33480
Steven T. Mnuchin Former Secretary, U.S. Treasury  1500 Pennsylvania Avenue, NW;
Washington, D.C. 20220
Joseph Biden President Official Only 1600 Pennsylvania Avenue NW, Washington, DC 20500
Janet Yellen Secretary, U.S. Treasury Official Only 1500 Pennsylvania Avenue, NW;
Washington, D.C. 20220
United States District Court Northern District of West Virginia 500 West Pike St. Room 301
P.O.Box 2857 Clarksburg, W.V. 26302-2857
U.S. Court of Appeals for the Fourth Circuit1100 E. Main Street, suite 501 Richmond, Virginia 23219

Certificate of Service

I, Joseph L. Westfall, appearing **PRO SE**, hereby certify a true copy sent to all parties

*[signature] 7-27-22*

July 27, 2022